UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL D. SMITH (#00058091)            CIVIL ACTION

VERSUS

D.H.H.            15-0216-SDD-RLB

## RULING

On or about April 8, 2015, the *pro se* Petitioner, a prisoner confined at a facility operated by the East Louisiana Mental Health System in Jackson, Louisiana, filed an application for *habeas corpus* relief pursuant to 28 U.S.C. § 2254. The Petitioner apparently seeks to assert one or more claims in connection with a probation revocation proceeding conducted in 2013 in the Parish of East Feliciana, State of Louisiana. The Petitioner's application before this Court, however, included no specific grounds for relief and stated only that he "need[ed] a lawyer."[1]

Pursuant to correspondence dated May 5, 2015[2], the Court advised the Petitioner that his pleadings were deficient and directed him to re-submit his application in proper form within twenty-one (21) days and, within such time, to either pay the Court's filing fee or submit a properly completed Motion to Proceed *In Forma Pauperis* herein. The referenced correspondence specifically advised the Petitioner that, in order for the Court to understand the nature of his claim(s) and the factual basis therefore, the Petitioner needed to "state every ground on which you claim that you are being held in violation of

---

[1] *See* Rec. Doc. 1 at p. 6.

[2] Rec. Doc. 2.

the Constitution, laws, or treaties of the United States" and that his mere assertion that he needed an attorney did not satisfy this requirement.[3] Attached to the Court's correspondence were blank copies of the pertinent forms for the Petitioner's review and completion, and the referenced correspondence advised the Petitioner that "failure to amend the pleadings or provide the requested information or forms as indicated will result in the dismissal of your suit by the Court without further notice."[4]

A review of the record by the Court reflects that, despite notice and an opportunity to appear, the Petitioner has failed to respond to the Court's directives. Therefore, the Petitioner's action shall be dismissed without prejudice for failure to correct the deficiencies of which he was notified. Accordingly,

**IT IS HEREBY ORDERED** that the above-captioned proceeding be **DISMISSED** without prejudice. *Judgment* shall be entered accordingly.

Baton Rouge, Louisiana the 23 day of June, 2015.

*[signature: Shelly D. Dick]*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT COURT OF LOUISIANA

---

[3] *Id.*

[4] *Id.*